IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-00151-BR

**United States of America**,

v.

**Marvalus Cortel Snead**,

Defendant.

**Order**

This matter comes before the court on Defendant's Motion for Temporary Release on Compassionate Furlough (D.E. 37). Defendant seeks release from his pretrial detention to attend his grandmother's visitation and funeral. *Id*. The Government opposes the motion.

In light of the entire record, the defendant's potential for dangerousness, the flight risk posed by the defendant, and the inability to monitor defendant effectively, the motion (D.E. 37) is denied.

Dated: October 31, 2019

Robert T. Numbers, II
United States Magistrate Judge