IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-151-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MARVARLUS CORTEL SNEAD, | ) | |
| | ) | |
| Defendant. | ) | |

The trial in this case shall begin on Monday, December 14, 2020, in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. The arraignment will take place at 9:30 a.m. on the same day.

With defendant's consent and the government's consent, the court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A). The delay will permit counsel for defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the pandemic. See id. § 3161(h)(7)(B)(iv).

SO ORDERED. This 14 day of October 2020.

JAMES C. DEVER III
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## FUNDING AUTHORIZATION

**Defendant:** Dexter Maxwell
**Counsel:** Neil Wallace Morrison
**Case Number:** 5:19-CR-395-D
**Budget Phase #:** Pretrial
**Amendment #:** Budget 1
**Time Period Covered:** From Appointment through Summer/Fall 2021

The Court, having reviewed counsel's Pretrial Budget, hereby authorizes the following CJA funds.

**ATTORNEY MORRISON HOURS:**

| TASKS | Hrs Req'd | Hrs App'd | LIMITATIONS |
|---|---|---|---|
| Pretrial In Court Hearings | 10 | | |
| Interviews and Conferences with Client | 65 | | |
| Witness Interviews | 20 | | |
| Consultation with Investigators, Experts & Other Services | 7 | | |
| Obtaining & Reviewing Documents and Evidence | 200 | | |
| Legal Research and Writing | 20 | | |
| Trial Preparation (only if budget includes trial) | 0 | | |
| Trial & Possible Sentencing | 0 | | |
| Travel Time | 90 | | |
| Other Activity | 5 | | |
| TOTAL HOURS | 417 | | |

**Total Attorney Morrison Funds Approved: $63,384.00** (For budgeting purposes, all time is calculated at $152/hour).

**SERVICE PROVIDERS:**

| NAME/TYPE | Hrs Req'd | Hrs App'd | Hourly Rate | Subtotals | LIMITATIONS |
|---|---|---|---|---|---|
| Law Student/Intern, TBD | 40 | 40 | $25.00 | $1,000.00 | |
| Investigator, TBD | 20 | 20 | $90.00 | $1,800.00 | |

**Total Service Provider Funds Approved: $2,800.00**

**EXPENSES:**

| TYPE | Req'd | App'd | LIMITATIONS |
|---|---|---|---|
| None at this time | | | |

**Total Expenses Approved: N/A**

---

| AUTHORIZATION SUMMARY | |
|---|---|
| Appointed Counsel Morrison | $ 63,384.00 |
| Service Providers | $  2,800.00 |
| Expenses | N/A |
| **TOTAL** | $ 66,184.00 |

---

**Authorization Conditions:**

1. <u>Tracking Hours</u>. Counsel is responsible for keeping track of attorney hours and, if applicable, hours expended by service providers and experts. The court is under no obligation to pay for services rendered in excess or outside the scope of this funding authorization. This advanced approval is subject to a reasonableness review for any voucher, at the time it is submitted.

2. <u>Requests for Additional Funding</u>. If additional funding is needed, counsel must submit a funding application before funding is exhausted and with sufficient time for the Court to review and rule on the request. Nunc pro tunc authorizations will be granted only if counsel can provide a reasonable explanation for exceeding a prior authorization.

3. <u>Attorney Hours Are Fungible</u>. Hours authorized herein for appointed counsel time are fungible between tasks.

4. <u>Must Create AUTH for Experts & Service Providers</u>. The budget authorized herein includes funding for service providers, therefore counsel must immediately create an "Authorization for Expert and Other Services" (AUTH) in eVoucher for each provider to create a payment record. A copy of this funding authorization shall be uploaded and attached to the AUTH request.

5. <u>Travel</u>. If travel requires airfare, counsel must contact National Travel Service (NTS) at 1-800-445-0668 to arrange the travel. Please call the Clerk's Office before calling NTS and for any travel-related questions.

6. <u>Expenses</u>. The Court will also authorize reimbursement to counsel and service providers for all miscellaneous expenses, such as mileage, postage and copying, that are reasonably incurred and properly documented, subject to national and district policies and procedures.

7. <u>Interim Voucher Schedule</u>. The Court authorizes submission of interim vouchers for payment of counsel fees and for service providers once every other month unless the compensation accrued for the billable cycle is less than $1,500, in which case the next interim voucher will not be submitted until the next billing cycle or until the compensation reaches $1,500 whichever comes later. The final voucher is due no later than 45 days after the court's final disposition of the case.