UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 7:19-CR-151-1D



**UNITED STATES OF AMERICA**

**vs.**                                                    **ORDER**

**MARVARLUS CORTEL SNEAD**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on December 8, 2020 be turned over to Special Agent <u>William Campbell</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 1 | White iPhone with blue case |
| 2 | Samsung Galaxy S7 edge with jeweled case |
| 3 | LG Phone with black case with purple jewels |
| 4 | LG Phone with black case with pink jewels |

This 14th day of December, 2020.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____