UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-151-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARVARLUS CORETEL SNEAD ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that Appendix 1, filed manually, and Appendix 2, filed at D.E. 178, both filed in support of the Government's Opposition to Defendant's Motion for Judgment of Acquittal or a New Trial on Count One (D.E. 177), be sealed.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __2__ day of __February__, 2021.

JAMES C. DEVER III
United States District Judge