IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-151-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARVARLUS CORTEL SNEAD, ) | |
| ) | |
| Defendant. ) | |

On May 6, 2021, the court held a hearing on defendant's motion for judgment of acquittal on count one under Rule 29, or in the alternative, motion for a new trial on count one under Rule 33. See [D.E. 154]. After considering all arguments and the entire record, and as explained in open court, the court DENIES as meritless defendant's motion for judgment of acquittal as to count one under Rule 29. See id.; Fed. R. Crim. P. 29(c)(1). In "the interest of justice," the court GRANTS defendant's motion for a new trial on count one. See [D.E. 154]; Fed. R. Crim. P. 33(a); United States v. McCauley, 983 F.3d 690, 695–98 (4th Cir. 2020).

SO ORDERED. This 6 day of May 2021.

JAMES C. DEVER III
United States District Judge