IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:19-CR-151-D

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | |
| MARVARLUS CORTEL SNEAD | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Government's Motion for Restitution and Exhibit A, Docket Entry 208, filed in the above-captioned matter be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the **21** day of **June**, 2021.

_____
JAMES C. DEVER III
United States District Judge